IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  3:21-MC-00236-N |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

The above-referenced matter is transferred to the docket of the Honorable Judge A. Joe Fish, who has a related case.  All future pleadings shall be filed under case number 3:21-MC-00236-G.

SIGNED September 8, 2021.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE